# Exhibit 4



ELYSIUM-06020028